**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

| | |
|---|---|
| Ashraf Samaha,<br>5120 Pecan Drive<br>Ypsilanti, MI 48197 | Chapter 13<br>Case No. 16-54954<br>Judge Maria L. Oxholm |

Debtor(s).

XXX-XX- 4256

_________________________________/

**MOTION TO EXTEND THE AUTOMATIC STAY**

The Debtor Ashraf Samaha, through counsel, asks the Court to Extend the Automatic Stay and in support asserts the following:

1. The Debtor filed this Chapter 13 Petition on November 2, 2016.

2. The Debtor previously filed a Chapter 13 case on June 15, 2016 [case #16-48773], which was dismissed on or about September 08, 2016.

3. The prior case was dismissed prior to confirmation because after the case was filed, the Debtor unexpectedly had his Social Security check garnished for child support.

4. The garnishment was in error because the Social Security Administration was already paying child support on the Debtor's behalf.

5. The garnishment caused the Debtor to fail in making his monthly Chapter 13 Plan payments, which ultimately led to the case being dismissed.

6. The Debtor was unable to resolve the issue with the Friend of the Court and the Social Security Administration until after the previous case was dismissed.

WHEREFORE, the Debtor respectively requests that the Court extend the Automatic Stay during the pendency of this Chapter 13 case. The Debtor filed the case in good faith in an attempt to save his home.

Date: November 8, 2016

Respectfully Submitted,

Attorney /s/ Thomas Paluchniak

**Thomas Paluchniak P70284**
**Babut Law Offices, P.L.L.C.**
**700 Towner Street**
**Ypsilanti, MI 48198**
**734-485-7000**
**tpaluchniak@babutlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

| | |
|---|---|
| Ashraf Samaha,<br>5120 Pecan Drive<br>Ypsilanti, MI 48197 | Chapter 13<br>Case No. 16-54954<br>Judge Maria L. Oxholm |

Debtor(s).

XXX-XX- 4256
___________________________________/

## ORDER EXTENDING THE AUTOMATIC STAY

This matter having come before the Court upon the Motion of the Debtor; all interested parties having been serviced with Notice of the Motion; and the Court being otherwise fully advised:

**IT IS HEREBY ORDERED:** that the Automatic Stay shall remain in full force as to all creditors in the above-captioned matter, unless and until otherwise ordered.

Exhibit A